

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-19-00003-CV

_____

IN THE INTEREST OF A.S., A CHILD

On Appeal from the 62nd District Court
Delta County, Texas
Trial Court No. 11100

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

The appellant has filed a motion with this Court seeking to voluntarily dismiss this appeal.

Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See*

TEX. R. APP. P. 42.1(a)(1). Accordingly, we dismiss this appeal.


Josh R. Morriss, III
Chief Justice

Date Submitted:     March 18, 2019
Date Decided:       March 19, 2019